UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-02563 APM |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT

The lapse in appropriations for the Department of Justice ended on January 25, 2019. This triggered the filing of status reports and other actions in a number of cases where undersigned counsel represents the defendants. Today, February 5, 2019, undersigned counsel reviewed all of the ECF Docket Reports for cases assigned to him to insure that all deadlines had been met. In reviewing the report for this case, undersigned counsel saw that the Court had ordered him to file, within three days after the lapse in appropriations ended, a statement as to when defendant would be responding to the complaint. In the confusion of the end of the lapse of appropriations, undersigned counsel forgot this, and he apologizes for the error. Defendant proposes that it answer the complaint by February 25, 2019.

Undersigned counsel has consulted with plaintiff's counsel, and he consents to this date

        Respectfully submitted,

        JESSICA K. LIU, D.C. Bar #472845
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar #924092
        Chief, Civil Division

        BY:   /s/ *Fred E. Haynes*
        FRED E. HAYNES, D.C. Bar #165654
        Assistant United States Attorney
        555 Fourth Street, N.W., Room E-4110
        Washington, D.C. 20530
        202.252.2550
        fred.haynes@usdoj.gov