UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 18-02563 APM |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

JOINT STATUS REPORT

The FBI has completed a limited search related to publicly acknowledged information about Imran Awan and Hina R. Alvi. Beyond that, it is defendant's position that the Privacy Act precludes the FBI from conducting a search on the individuals named in the request because no Privacy Act waiver was supplied on behalf of those individuals, and therefore, the FBI cannot confirm or deny that it has any records related to those individuals. It will, however, take until at least March 25, 2019, for the FBI to determine the volume of the records that have been publicly acknowledged. The parties, therefore, propose that they file by April 4, 2018, a further joint status report addressing the issues raised in the Court's order. Counsel for plaintiff has authorized undersigned counsel to submit this report also

on plaintiff's behalf.

        Respectfully submitted,

        JESSICA K. LIU, D.C. Bar #472845
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar #924092
        Chief, Civil Division

        BY:  /s/ *Fred E. Haynes*
        FRED E. HAYNES, D.C. Bar #165654
        Assistant United States Attorney
        555 Fourth Street, N.W., Room E-4110
        Washington, D.C. 20530
        202.252.2550
        fred.haynes@usdoj.gov