UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-02563 APM |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

SECOND JOINT STATUS REPORT

The parties submit the following status report:

1. <u>Status of Plaintiff's FOIA Request.</u>  As noted in the March 11, 2019, joint status report, the FBI has completed a search for any publicly-acknowledged investigation about Imran Awan and Hina R. Alvi.  The FBI located one investigative file.  However, due to unforeseen technological issues, the FBI does not yet have a final page count for the investigative file, although it appears that it will be in excess of 100,000 pages.  Beyond this limited search, the Privacy Act precludes the FBI from conducting a search on the individuals named in the request because no Privacy Act waiver was supplied on their behalf.  Therefore, the FBI cannot confirm or deny that it has any further records related to those individuals.

2. <u>The anticipated date(s) for release of the documents requested by Plaintiff.</u>  The FBI will be able to provide an anticipated release date for a rolling release of records once (1) the technological issues described above are resolved and it has a final count of documents and (2) it has been determined whether a motion for stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976), will be filed.

3<u>.  Whether a motion for stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).</u>  A motion for stay under *Open America v. Watergate Special Prosecution Force* is currently being considered by the parties.

4. <u>Whether the parties anticipate summary judgment briefing and, if so, a proposed briefing schedule.</u>  Determinations about summary judgment briefing and a proposed briefing schedule need to follow the release of documents in the case and a determination whether plaintiff will challenge that release.  Thus, the parties cannot yet answer this question.

5.  The parties propose that they file another joint status report on June 3, 2019.  The parties also intend to discuss whether there are ways that the request can be narrowed that satisfies plaintiff's interests but reduces the number of records that have to be reviewed.

5.  Counsel for plaintiff has authorized undersigned counsel to submit this

report on plaintiff's behalf.

    Respectfully submitted,

    JESSICA K. LIU, D.C. Bar #472845
    United States Attorney

    DANIEL F. VAN HORN, D.C. Bar #924092
    Chief, Civil Division

    BY:   /s/ *Fred E. Haynes*
    FRED E. HAYNES, D.C. Bar #165654
    Assistant United States Attorney
    555 Fourth Street, N.W., Room E-4110
    Washington, D.C. 20530
    202.252.2550
    fred.haynes@usdoj.gov