UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 18-02563 APM |
| DEPARTMENT OF JUSTICE, | ) | |
| Defendant. | ) | |

THIRD JOINT STATUS REPORT

The parties are engaged in discussions in an effort to determine whether the large volume of records located as responsive to the Freedom of Information Act request can be reduced to a more manageable size. Consequently, they request that they be permitted to file a further status report by June 21, 2019, reporting on the results of these discussions. Plaintiff's counsel has authorized undersigned counsel to submit this report on behalf of plaintiff.

Respectfully submitted,

JESSICA K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

BY: /s/ *Fred E. Haynes*
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C. 20530
202.252.2550
fred.haynes@usdoj.gov