UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-02563 APM |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

The parties submit this joint status report in accordance with this Court's order of June 4, 2019.

The parties have been engaged in discussions in effort to determine whether the large volume of records located as responsive to the Freedom of Information Act request can be reduced to a more manageable size. Unfortunately, these discussions have not been finalized, in part because new counsel for Defendant will shortly take over this case. In order to allow new counsel to become familiar with the case and discussions to completed, the parties request that they be permitted to file a further status report by July 12, 2019.

Respectfully submitted,

JESSICA K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

BY:  /s/ *Fred E. Haynes*
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C. 20530
202.252.2550
fred.haynes@usdoj.gov


JUDICIAL WATCH, INC.

/s/  *James F. Peterson*
James F. Peterson
D.C. Bar No. 450171
425 Third Street, S.W., Suite 800
Washington, DC  20024
(202) 646-5175
jpeterson@judicialwatch.org

*Attorneys for Plaintiff*