UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-2563 (APM) |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STATUS REPORT**

The parties submit this joint status report in accordance with this Court's order of June 21, 2019. As reported in the last status report, the parties have been engaged in discussions in effort to determine whether the large volume of records located as responsive to the Freedom of Information Act request can be reduced to a more manageable size. Given that the undersigned was recently assigned to this case, these discussions have not been finalized. In order to allow new counsel to become familiar with the case and discussions to completed, the parties respectfully request that they be permitted to file a further status report by August 2, 2019.

Respectfully submitted,

JESSICA K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

BY: /s/ *Matthew Kahn*
MATTHEW KAHN
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

202.252.6718
Matthew.Kahn@usdoj.gov

*Attorney for Defendant*

JUDICIAL WATCH, INC.

/s/ James F. Peterson
James F. Peterson
D.C. Bar No. 450171
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5175
jpeterson@judicialwatch.org

*Attorney for Plaintiff*