# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 18-2563 (APM) |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

The parties hereby submit this joint status report in accordance with this Court's Minute Order that was issued on July 16, 2019. As reported in the last joint status report by the parties, they have been engaged in discussions to determine whether the large volume of records responsive to the subject Freedom of Information Act request can be reduced to a manageable size. The parties report that they have narrowed down the number of potentially responsive records to approximately 54,000 pages. It is possible that the number may be reduced further. In any event, Defendant is prepared to review and process 500 pages per month (its standard processing rate) and anticipates being able to make its first release to Plaintiff on or about November 5, 2019. Based on the foregoing, the parties respectfully request that they file a status report on or before December 5, 2019.

Date: August 2, 2019

Respectfully submitted,

JESSICA K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

BY: /s/ *Matthew Kahn*

MATTHEW KAHN
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
202.252.6718
Matthew.Kahn@usdoj.gov

*Attorney for Defendant*

JUDICIAL WATCH, INC.

/s/ James F. Peterson
James F. Peterson
D.C. Bar No. 450171
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5175
jpeterson@judicialwatch.org

*Attorney for Plaintiff*