UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
JUDICIAL WATCH, INC.,                     )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )    Civil Action No. 18-02563 APM
                                          )
DEPARTMENT OF JUSTICE,                    )
                                          )
        Defendant.                        )
_____)

NOTICE OF FILING

Defendant hereby files notice of filing of a redacted version of the Sealed Status Report ECF

No. 19 (attached).


                        Respectfully submitted,

                        TIMOTHY J. SHEA
                        D.C. Bar #437437
                        United States Attorney

                        DANIEL F. VAN HORN, DC Bar #924092
                        Chief, Civil Division


                          /s
                        BENTON G. PETERSON, BAR # 1029849
                        Assistant United States Attorney
                        555 4th Street, N.W. – Civil Division
                        Washington, D.C. 20530
                        (202) 252-2536