UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-02563 APM |
| DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

### GOVERNMENT'S SEALED EX PARTE SUBMISSION AND STATUS REPORT

Pursuant to this Court's December 13, 2019 Order, the Defendant submits this sealed *ex parte* Status Report. On October 16, 2019, Honorable Tanya S. Chutkan, who is presiding over a related sealed criminal matter ▬▬▬▬ (sealed), ruled that the Defendant is enjoined from disclosing records relating to subject of the criminal matter at issue. ▬▬▬▬. Prior to this Order, Defendant, Federal Bureau of Investigation (FBI), was prepared to produce records pursuant to a FOIA request that would have caused records related to the subject of the related criminal matter to be disclosed.

On November 3, 2019, the criminal section informed a FBI Field Office supervisor about the sealed order referenced above. On November 4, 2019 the FBI Field Office supervisor informed a special agent who had been consulted by FBI FOIA on the pending FOIA release in this case. The special agent informed FBI FOIA the same day. FBI FOIA informed FBI's Office of the General Counsel (OGC) of the sealed order, and FBI OGC in turn informed the Civil AUSA on this case. Because the FBI did not know what the entire implications of the sealed order were for purposes of the prepared FOIA release, no release was made. However, because the sealed order

and the criminal matter in which it was issued were sealed, DOJ was prevented from disclosing any information at the time about these circumstances to Plaintiff or to the Court. After confirming that the FOIA request was in conflict with the sealed order, FBI FOIA, through undersigned counsel, informed the DOJ prosecutors responsible for the related Criminal Matter that due to the pending FOIA request, FBI FOIA would need guidance

---

Defendant, after further processing pursuant to the Criminal Court's Order, requests to able to update this Court and Plaintiff concerning any changes to the circumstance or possible production of responsive material not implicated in Judge Chutkan's Order on or before February 7, 2020.

Respectfully submitted,

JESSICA K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

BY:  /s/ *Benton Peterson*
BENTON PETERSON Bar #1029849
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4907
Washington, D.C. 20530
202.252.2534