UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 18-02563 APM <br> ) <br> ) <br> ) <br> ) |

**<u>ORDER</u>**

Upon consideration of Defendant's Motion to Stay Proceedings, and for the reasons stated in support of the motions, it is this ____ day of _____, 2020,

ORDERED that the motions should be and are hereby GRANTED; and it is

FURTHER ORDERED that the Order for a Joint Status Report is VACATED; and it is

FURTHER ORDERED that these proceedings shall be stayed until further order of this Court; and it is

FURTHER ORDERED that Defendant shall file a status report by April 24, 2020, and continuing every thirty (30) days thereafter, advising the Court about the operation status of the FBI's Record/Information Dissemination Section and, if operations have resumed, proposing a revised schedule for further proceedings.

                                                                                                         _____

                                                                                            UNITED STATES DISTRICT JUDGE