UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 18-02563 APM |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT'S STATUS**

Pursuant to this Court's March 17 Order, Defendant provides the following update. Defendant's FOIA Division (RIDS) is currently expected to return at a very limited capacity beginning on April 29, 2020, but it will take time for RIDS to assess the work that has accumulated during the time they were restricted from being in the office and to re-adjust, negotiate and harmonize deadlines in its FOIA matters as a result of this disruption which may delay anticipated release dates for a period that exceeds the period during which RIDS was not operational. Defendant respectfully requests to file another status report in 30 days to provide a specific update with regard to the work in this case after RIDS has been able to make its assessments about the pending backlog of work.[1]

---

[1] Defendant attaches the Declaration of David Hardy that provides an additional factual update.

Dated: April 24, 2020


Respectfully Submitted,

TIMOTHY J. SHEA
D.C. Bar #437437
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

/s
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington,D.C. 20530
(202) 252-2534