UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-02563 APM |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS**

Pursuant to this Court's June 22, 2020 Order, the parties provide the following update.

Defendant has resumed processing and has, as of the date of this filing reviewed 2017 pages and released 25 pages. Defendant has a planned another release on or before July 31 2020.

The Parties request to be allowed to file a Joint Status report on or before August 24, 2020.

Dated: July 23, 2020

Respectfully Submitted,

/s/ *James F. Peterson*
James F. Peterson
D.C. Bar No. 450171
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5175
jpeterson@judicialwatch.org

Counsel for Plaintiff

MICHAEL R. SHERWIN
Acting United States Attorney


DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division


/s

BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
555 4th Street, N.W. – Civil Division

Washington, D.C. 20530
(202) 252-2534

2