UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-02563 APM |
| DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order, the parties provide the following update. Defendant, as of the date of this filing has reviewed approximately 8,837 pages and released 195. In September 2021 the FBI reviewed 500 pages and released 4 pages. Defendant has planned another release within 30 days of this filing. The Parties request to be allowed to file a Joint Status report on or before November 12, 2021.

Dated: October 12, 2021

    Respectfully Submitted,

    /s/ *James F. Peterson*
    James F. Peterson
    D.C. Bar No. 450171
    425 Third Street S.W., Suite 800
    Washington, DC 20024
    (202) 646-5175
    jpeterson@judicialwatch.org

1

Counsel for Plaintiff


CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN HUDAK
Acting Chief, Civil Division

/s
BENTON G. PETERSON, BAR # 102984
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2534
Attorneys for Defendant