UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-02563 APM |
| DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order, the parties provide the following update.

Defendant, as of the date of this filing, the FBI has reviewed approximately 12,868 pages and released 221. The FBI continues to await the result of consultations with other government agencies and continues to follow up with them. The FBI will process and release those records as they are received.

The Parties request to be allowed to file a Joint Status Report on or before April 17, 2023.

Dated: March 16, 2023

Respectfully Submitted,

/s/  *James F. Peterson*
James F. Peterson
D.C. Bar No. 450171
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5175
jpeterson@judicialwatch.org

Counsel for Plaintiff

1

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division
/s
BENTON G. PETERSON, BAR # 102984
Assistant United States Attorney
601 D. Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2534
Attorneys for Defendant