UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-02563 APM |
| DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order, the parties provide the following update. Since the May JSR, the FBI received three pages from another government agency consultation. Those pages were reviewed, zero pages were released, and the FBI reported the same to the Plaintiff in a letter dated May 26, 2023. Defendant, as of the date of this filing, the FBI has reviewed approximately 12,868 pages and released 221. The FBI continues to await the result of the remaining consultations with other government agencies and continues to follow up with them. The FBI will process and release those records as they are received.

The Parties request to be allowed to file a Joint Status Report on or before October 19, 2023.

Dated: September 19, 2023

Respectfully Submitted,

/s/ *James F. Peterson*
James F. Peterson
D.C. Bar No. 450171
425 Third Street S.W., Suite 800

1

Washington, DC 20024
(202) 646-5175
jpeterson@judicialwatch.org

Counsel for Plaintiff


MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division
/s
BENTON G. PETERSON, BAR # 102984
Assistant United States Attorney
601 D. Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2534
Attorneys for Defendant