UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )
|---|---|
| JUDICIAL WATCH, INC., | ) |
| 425 Third Street S.W., Suite 800 | ) |
| Washington, DC 20024, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-2563 (APM) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| 950 Pennsylvania Avenue N.W. | ) |
| Washington, DC 20530-0001, | ) |
| | ) |
| Defendant. | |

**JOINT STATUS REPORT**

In accordance with the Court's November 20, 2023 Order, the parties respectfully submit the following joint status report:

Defendant in response to the Court's Order specifically provides the following chart that provides a summary of the Consults at issue.

| Agency | Bates Pages | Status |
|---|---|---|
| Government Agency 1 | 76-97, 192-194, 427-428, 603, 620-621, 623-624, 681-683, 5789-5794, 5831-5833, 6062-6096, 6537-6541, 6563, 6728-6840, 8833-8837, 12689-12693, 12937-12964 | All consults now complete. |
| Government Agency 2 | 6960-6961, 6968 | All consults now complete. |
| Government Agency 3 | 8306-8346, 9363-9365, 1287, 12688 | Advised all pages belong to either ICE or CBP. Sent those pages to ICE/CBP for handling. |
| Government Agency 4 | 186-190, 191, 423-426, 585, 602, 620-621, 677, 678-679, 805, 806-807, 6824-6826, 12673-12677 | Resent all outstanding pages. DOS has not confirmed receipt. |

|  | 1-8, 12, 13-17, 27-29, 587-588, 6353-6362, 6407-6415, 6537, 6541, 6390-6398, 6537-6541, 8191-8192, 8230-8283, 8284-8299, 8354-8829, 9418-9420, 9421-9431, 9800-9828, 12869, 12870-12891, 12892-12895, 12896-12897, 12898-12911, 12912-12930, 12931-12932, 12933-12936 | Resent all outstanding pages, EOUSA is working on processing. |
|---|---|---|
| Government Agency 5 | 587-588 | Resent all outstanding pages, ICE has not confirmed receipt. |
| Government Agency 6 | 625-630, 2018-2019, 2343-2388, 5789-5864, 6353-6362, 6537-6541, 8182-8286, 8413-8421, 9014-9196 | Advised the equities belonged to FinCEN. Consults sent to FinCEN, who has yet to confirm receipt. |

Defendant has consistently taken affirmative steps to complete the consult by placing numerous phone calls, followed up with email requests labeled "urgent" to the stakeholder agency's points of contact. Defendant will continue to take steps in the interim to maintain communication and get any additional information available concerning the consults. At this time, Defendant believes that by February 20, 2024 it will have had a return of all the outstanding consults.

Accordingly, the parties request to be able to file an additional Joint Status report on or before February 23, 2024.

Respectfully Submitted,

/s/ *James F. Peterson*
James F. Peterson
D.C. Bar No. 450171
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5175
jpeterson@judicialwatch.org

Counsel for Plaintiff

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division
/s
BENTON G. PETERSON, BAR # 102984
Assistant United States Attorney
601 D. Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2534
Attorneys for Defendant