UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )
|---|---|
| JUDICIAL WATCH, INC., | ) |
| 425 Third Street S.W., Suite 800 | ) |
| Washington, DC 20024, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-2563 (APM) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| 950 Pennsylvania Avenue N.W. | ) |
| Washington, DC 20530-0001, | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

In accordance with the Court's November 20, 2023 Order, the parties respectfully submit the following joint status report:

Defendant in response to the Court's Order specifically provides the following chart that provides a summary of the Consults at issue.

| Agency | Bates Pages | Status |
|---|---|---|
| Government Agency 1 | 76-97, 192-194, 427-428, 603, 620-621, 623-624, 681-683, 5789-5794, 5831-5833, 6062-6096, 6537-6541, 6563, 6728-6840, 8833-8837, 12689-12693, 12937-12964 | All consults now complete. |
| Government Agency 2 | 6960-6961, 6968 | All consults now complete. |
| Government Agency 3 | 8306-8346, 9363-9365, 1287, 12688 | Advised all pages belong to either ICE or CBP. Sent those pages to ICE/CBP for handling. |
| Government Agency 4 | 186-190, 191, 423-426, 585, 602, 620-621, 677, 678-679, 805, 806-807, 6824-6826, 12673-12677 | Resent all outstanding pages. DOS has not confirmed receipt. |

| | 1-8, 12, 13-17, 27-29, 587-588, 6353-6362, 6407-6415, 6537, 6541, 6390-6398, 6537-6541, 8191-8192, 8230-8283, 8284-8299, 8354-8829, 9418-9420, 9421-9431, 9800-9828, 12869, 12870-12891, 12892-12895, 12896-12897, 12898-12911, 12912-12930, 12931-12932, 12933-12936 | Resent all outstanding pages, EOUSA is working on processing. |
|---|---|---|
| Government Agency 5 | 587-588 | Resent all outstanding pages, ICE has not confirmed receipt. |
| Government Agency 6 | 625-630, 2018-2019, 2343-2388, 5789-5864, 6353-6362, 6537-6541, 8182-8286, 8413-8421, 9014-9196 | Advised the equities belonged to FinCEN. Consults sent to FinCEN, who has yet to confirm receipt. |

. The outstanding consultations to other government agencies have been returned to the FBI. The FBI anticipates three to five months to process and produce the consult responses and produced them to plaintiff.

Accordingly, the parties request to be able to file an additional Joint Status report on or before March 26, 2024.

Respectfully Submitted,

/s/ James F. Peterson
James F. Peterson

2

D.C. Bar No. 450171
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5175
jpeterson@judicialwatch.org

Counsel for Plaintiff


MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division
/s
BENTON G. PETERSON, BAR # 102984
Assistant United States Attorney
601 D. Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2534
Attorneys for Defendant