UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., <br> 425 Third Street S.W., Suite 800 <br> Washington, DC 20024, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br> 950 Pennsylvania Avenue N.W. <br> Washington, DC 20530-0001, <br><br> Defendant. | Civil Action No. 18-2563 (APM) |

**JOINT STATUS REPORT**

In accordance with the Court's November 20, 2023 Order, the parties respectfully submit the following joint status report:

In accordance with the Court's November 20, 2023 Order, the parties respectfully submit the following joint status report:

The outstanding consultations to other government agencies have been returned to the Federal Bureau of Investigation and on May 24, 2024, the FBI made it fortieth and final release of records responsive to the Plaintiff FOIA request.

Accordingly, the parties request to be able to file an additional Joint Status report on or before June 26, 2024.

Respectfully Submitted,

/s/ *James F. Peterson*
James F. Peterson
D.C. Bar No. 450171
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5175
jpeterson@judicialwatch.org

Counsel for Plaintiff

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division
/s
BENTON G. PETERSON, BAR # 102984
Assistant United States Attorney
601 D. Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2534
Attorneys for Defendant