UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., <br> 425 Third Street S.W., Suite 800 <br> Washington, DC 20024, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br> 950 Pennsylvania Avenue N.W. <br> Washington, DC 20530-0001, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 18-2563 (APM) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice, with each party to bear its own costs and fees.

Respectfully Submitted,

/s/  *James F. Peterson*
James F. Peterson
D.C. Bar No. 450171
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5175
jpeterson@judicialwatch.org

Counsel for Plaintiff

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division
/s
BENTON G. PETERSON, BAR # 102984
Assistant United States Attorney
601 D. Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2534
Attorneys for Defendant